OPINION — AG — THE OMMISSION FROM PARAGRAPH (C) OF 40 O.S. 214 [40-214], OF THE LANGUAGE "HE IS ABLE TO WORK AND IS AVAILABLE TO WORK" WHICH, THEREFORE, HAD COMPRISED THE ENTIRE PARAGRAPH (C) OF SAID SECTION, DID NOT REMOVE THE REQUIREMENT THAT, TO BE ELIGIBLE FOR UNEMPLOYMENT BENEFITS, AN INDIVIDUAL CLAIMING SUCH BENEFIT MUST BE "ABLE TO WORK" AND BE AVAILABLE FOR WORK. (UNEMPLOYMENT INSURANCE) CITE: 40 O.S. 214 [40-214] (JAMES C. HARKIN)